In the Matter of the Claim of PAULINE CLOW, Respondent, *v.* B. F. KEITH's FORDHAM THEATRE et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

*Workmen's compensation — master and servant — workman proceeding from warehouse to place of employment — crossing street unnecessarily not a deviation — waiver of consent to settlement.*

*Matter of Clow v. Keith's Fordham Theatre,* 221 App. Div. 826, affirmed.

(Argued February 13, 1928; decided February 24, 1928.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered October 7, 1927, unanimously affirming an award of the State Industrial Board made under the Workmen's Compensation Law. Claimant's husband, a property man in the defendant theatre, was struck by an automobile while on his way to the theatre from a warehouse where he had been inspecting furniture for use therein. Defendants contended that decedent had deviated from his route by crossing the street unnecessarily. Also that claimant had elected to sue a third party and settled without consent of the insurance carrier. The Industrial Board held that consent had been waived.

*William B. Davis* and *E. C. Sherwood* for appellant.

*Albert Ottinger, Attorney-General (E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.